

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

**ENTERED**
**12/02/2014**

IN RE:                                                              CASE NO. 11–34538
TR&K Inc                                                          CHAPTER 7

     Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*59* – Application to Deposit Unclaimed Funds Filed by Trustee Rodney D Tow (Attachments: # 1 Exhibit A # 2 Proposed Order) (Tow, Rodney)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 370.88
        Owed to: Looper Reed & McGraw, PC

Signed and Entered on Docket: 12/2/14.

                          by: <u>Kristy Love</u>
                                Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.